**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 26−60501

Klaksvik Farms, LLC, Chapter 12

Debtor(s).

---

# NOTICE OF PARTIAL CASE FILING

---

The petition commencing this case was filed on August 7, 2026. Based on the clerk's office initial case review, the documents identified in the table below have not been filed or non−conforming or outdated forms were used. Please note that this initial case review may be incomplete; consult Bankruptcy Form 2000 and this Court's Local Rules for more information about filing requirements.

All documents identified in the table below must be filed by August 24, 2026. Please note that it is the debtor(s) responsibility to ensure that all required documents be filed.

If the debtor(s) needs additional time to file the documents identified below, the debtor(s) must ask the court for more time on or before August 24, 2026. See 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) for more information.

| Required Document | Form # (if applicable) | Not Filed | Non−Conforming/ Outdated Form Used |
|---|---|---|---|
| **Voluntary Petition for Non−Individuals Filing for Bankruptcy** | 201 *(04/25)* | ☐ | ☐ |
| **Declaration Under Penalty of Perjury for Non−Individual Debtors** | 202 *(12/15)* | ☑ | ☐ |
| **Creditor Matrix** (names and addresses of all creditors loaded into CM/ECF). Instructions can be found on the court's website: www.mnb.uscourts.gov. | | ☐ | ☐ |
| **Summary of Assets and Liabilities for Non−Individuals** | 206Sum *(12/15)* | ☑ | ☐ |
| **Schedule A/B: Property (non−individuals)** | 206A/B *(12/15)* | ☑ | ☐ |
| **Schedule D: Creditors Who Have Claims Secured by Property (non−individuals)** | 206D *(12/15)* | ☑ | ☐ |
| **Schedule E/F: Creditors Who Have Unsecured Claims (non−individuals)** | 206E/F *(12/15)* | ☑ | ☐ |
| **Schedule G: Executory Contracts and Unexpired Leases (non−individuals)** | 206G *(12/15)* | ☑ | ☐ |
| **Schedule H: Your Codebtors (non−individuals)** | 206H *(12/15)* | ☑ | ☐ |

| Required Document | Form # (if applicable) | Not Filed | Non−Conforming/ Outdated Form Used |
|---|---|---|---|
| **Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy** | 207 *(04/25)* | ☑ | ☐ |
| **Disclosure of Compensation of Attorney for Debtor** (must conform to LF 1007−1. *See* Local Rule 1007−1(a).) | Local Form 1007−1 *(06/16)* | ☑ | ☐ |

Dated: August 10, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: ARW
Deputy Clerk