UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Case No. 26-60501
(Jointly Administered)

KLAKSVIK FARMS, LLC and
DANA KLAKSVIK,

Chapter 12

Debtors.

---

**ORDER**

---

This matter came before the court by a Stipulation for Relief from Stay entered into by and between debtor Dana D. Klaksvik and LSI Equipment Leasing, an assumed name of Leasing Specialists, Inc., an Illinois corporation filed on October 19, 2026, as docket number 23 (the "Stipulation"). Based upon the executed Stipulation,

IT IS HEREBY ORDERED:

1. The Stipulation is approved in its entirety.

2. Dana D. Klaksvik's agreement to pay LSI adequate protection payments of $8,000.00 on or before October 30, 2026, and $8,000.00 on or before December 1, 2026, is approved.

Dated: October 20, 2026

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge